UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SACO INDUSTRIES, INC. | CIVIL ACTION NO. 3:09-CV-00028-JJB-DLD |
| VERSUS | JUDGE RALPH E. TYSON |
| PHL CONSTRUCTION, L.L.C. AND ACADIANA RESERVE, L.L.C. | MAGISTRATE JUDGE DOCIA L. DALBY |

## CONSENT JUDGMENT

NOW INTO COURT, through undersigned counsel, come Plaintiff Saco Industries, Inc. ("Saco") and Defendants PHL Construction, LLC ("PHL") and Acadiana Reserve, LLC ("Acadiana Reserve") (collectively, "Defendants"), who represent the following:

1.

Saco filed a Complaint in the above-captioned matter asserting claims against PHL for breach of contract and unjust enrichment and against Acadiana Reserve for unjust enrichment and enforcement of Saco's lien rights under the Louisiana Private Works Act.

2.

Pursuant to the terms of an agreement entered into by Saco and Defendants in accordance with Louisiana Civil Code article 3071, *et seq.*, Defendants stipulate and consent to judgment as follows:

3.

Defendants stipulate and consent to a Judgment in favor of Saco for the full and true sum of ONE HUNDRED FORTY NINE THOUSAND SIX HUNDRED THIRTY-EIGHT DOLLARS AND NINETY-FOUR CENTS ($149,638.94), plus judicial interest until paid in full.

4.

PHL and Acadiana Reserve further stipulate that they are jointly, severally, and solidarily liable to Saco for the amount of this Judgment.

5.

Defendants further stipulate and consent to a Judgment in favor of Saco, recognizing, enforcing, and perfecting Saco's interest in and privilege on the property more fully described in the Statement of Claim and Privilege, a copy of which is attached hereto as Exhibit "A", which was recorded by Saco on November 5, 2008, as file number 2008-00045431 of the mortgage records of Lafayette Parish, as prayed for in Saco's Complaint and which privilege secures this Judgment.

6.

The parties acknowledge that this Judgment is final and executory and will be recorded in the appropriate public records.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above stipulation is hereby made the Judgment of this Court.

Signed this 17th day of March, 2010, in Baton Rouge, Louisiana.

_____
JAMES J. BRADY, DISTRICT JUDGE

AGREED TO AND APPROVED BY:

| | |
|---|---|
| PHELPS DUNBAR LLP | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. |
| By: /s/ Taylor S. Carroll<br>Taylor S. Carroll, Bar Roll No. 28522<br>II City Plaza<br>400 Convention Street, Suite 1100<br>P.O. Box 4412<br>Baton Rouge, Louisiana 70821-4412<br>Telephone: (225) 346-0285<br>Facsimile: (225) 381-9197 | By: /s/ Mark W. Frilot<br>Michael F. Weiner, Bar Roll No. 23359<br>Mark W. Frilot, Bar Roll No. 27470<br>3 Sanctuary Blvd., Ste. 201<br>Mandeville, Louisiana 70471<br>Telephone: (985) 819-8400<br>Facsimile: (985) 819-8484 |
| Date: March 16, 2010 | Date: March 16, 2010 |
| ATTORNEYS FOR PHL CONSTRUCTION, LLC AND ACADIANA RESERVE, LLC | ATTORNEYS FOR SACO INDUSTRIES, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of March, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Mark W. Frilot